182 So. 924

**Lawrence (alias Red) COTHRAN v. STATE.**

8 Div. 681.

Court of Appeals of Alabama.
June 14, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.